UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RONALD WRIGHT, et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:19 CV 926 RWS |
| ) | |
| OASIS LEGAL FINANCE, LLC, ) | |
| d/b/a/ OASIS FINANCIAL, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED that** the claims of Plaintiff Ronald Wright and Jeremy Smith are hereby **DISMISSED** with prejudice.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 24th day of March, 2020.